# United States District Court
## District of Maryland

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | |
| Antwann Conley | Case No. AW-03-0121 |

TO: The United States Marshal and any Authorized United States Officer

**08-235-M-01**

YOU ARE HEREBY COMMANDED to arrest _Antwann Conley_ and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition

charging him/her with *(brief description of offense)*

Alleged Violation of Probation

**FILED**
APR - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title United States Code, Section(s) _____

Felicia C. Cannon
Name of Issuing Officer

_(signature)_
(By) Deputy Clerk

Bail fixed at $ __ No Recommendation

Clerk, U.S. District Court for the District of Maryland
Title of Issuing Officer

October 1, 2007    Greenbelt, MD
Date and Location

by Alexander Williams, Jr., US District Court Judge
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received 9-28-07 | Name and Title of Arresting Officer Recording Officer DUSM D.L. Tolling | Signature of Arresting Officer _(signature)_ |
|---|---|---|
| Date of Arrest 4-7-08 | | |

U.S. DISTRICT COURT (Rev. 12/98)

PROB 12
(Rev. 4/91)

# United States District Court
## for the
## DISTRICT OF MARYLAND

**08-235-M-01**

> \* Statutory maximum term of imprisonment upon revocation is 2 years pursuant to 18 U.S.C. § 3583(e)(3).

U.S.A. vs. Antwaun Conley

FILED _____ Docket No.: AW-03-0121
LODGED _____ RECEIVED

Petition on Supervised Release       SEP 28 2007

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

COMES NOW **Christina S. Oscanoa** PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Antwaun Conley** who was placed on supervision for **Felon in Possession of a Firearm, a Class C felony\***, by the Honorable Alexander Williams, Jr., U.S. District Judge, sitting in the court at Greenbelt, Maryland, on the 17th day of June, 2003 who fixed the period of supervision at **3 year(s) \*\***, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

\*\* Committed to custody of Bureau of Prisons for 46 months, followed by supervised release for a term of 3 year(s)

1. The defendant is instructed to pay a Special Assessment in the amount of $100.00.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

1. On May 22, 2007, Mr. Conely engaged in activity which led to his receiving a traffic citation charging him with Operating a Motor Vehicle After Suspended in violation of the Statutory Condition which states that the defendant shall not commit any federal, state or local crime.
2. Mr. Conley failed to notify Probation Officer Funches of his May 22, 2007 ticket for Operating After Suspended in violation of Standard Condition #12 which states that the defendant shall notify the probation officer within 72 hours of being charged with any offense, including a traffic offense.
3. Mr. Conley engaged in criminal activity which led to a warrant being issued for his arrest on July 26, 2007 in the District of Columbia for Robbery in violation of the Statutory Condition which states that the defendant shall not commit any federal, state or local crime.

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the arrest of Antwaun Conley for alleged violations of probation or term of supervised release.

ORDER OF COURT
Considered and ordered as prayed this 28th day of September, 2007 and ordered filed and made a part of the records in the above case.

_Alexander Williams, Jr._
Alexander Williams, Jr.
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_Christina S. Oscanoa_
Christina S. Oscanoa, U.S. Probation Officer

Date   September 24, 2007

Reviewed and Approved By:

_David Tracy_
David Tracy, Supervisory U.S. Probation Officer

Place   Greenbelt, Maryland

U.S. Probation and Pretrial Services
# MEMORANDUM

08-235-M-01

\_\_\_\_\_FILED   \_\_\_\_\_ENTERED
\_\_\_\_\_LODGED  \_\_\_\_\_RECEIVED

SEP 28 2007

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

DATE:    September 24, 2007

TO:      The Honorable Alexander Williams, Jr.
         U.S. District Judge

FROM:    Christina S. Oscanoa
         U.S. Probation Officer

RE:      CONLEY, Antwaun
         Docket No.: AW-03-0121
         Exp. Date: 6/26/2009

SUBJ:    <u>Notice of Violation - Warrant Requested</u>

Sentencing Information:
On June 17, 2003, Antwaun Conley appeared before Your Honor for sentencing subsequent to conviction for the offense of Felon in Possession of a Firearm. He was sentenced to the Custody of the Attorney General for a period of 46 months, with 3 year(s) Supervised Release to follow, with the following condition imposed: 1) The defendant is instructed to pay a Special Assessment in the amount of $100.

Supervision began on June 27, 2006.

Adjustment to Supervision/Violations Alleged:

Since his release, Mr. Conley has been supervised by the U.S. Probation Office in the District of Columbia. According to a report submitted by U.S. Probation Officer Stacy Funches in the District of Columbia (see attached), Mr. Conley was charged with Operating after Suspended in Prince George's County, Maryland on May 22, 2007. On August 16, 2007, Mr. Conley failed to appear for the scheduled court date, a warrant has been issued by The Honorable Thomas M. DiGirolamo.

In addition, USPO Funches advised there is an open warrant for Mr. Conley issued by the District of Columbia Superior Court for Robbery dated July 26, 2007 USPO Funches has notified Mr. Conley of the outstanding warrant, however Mr. Conley to date has failed to turn himself in on the outstanding warrant.

CONLEY, Antwaun
Violation Report
Page 2


Based on the above, this officer alleges the following violations of supervision:

1. On May 22, 2007, Mr. Conely engaged in activity which led to his receiving a traffic citation charging him with Operating a Motor Vehicle After Suspended in violation of the Statutory Condition which states that the defendant shall not commit any federal, state or local crime.
2. Mr. Conley failed to notify Probation Officer Funches of his May 22, 2007 ticket for Operating After Suspended. in violation of Standard Condition #12 which states that the defendant shall notify the probation officer within 72 hours of being charged with any offense, including a traffic offense.
3. Mr. Conley engaged in criminal activity which led to a warrant being issued for his arrest on July 26, 2007 in the District of Columbia for Robbery in violation of the Statutory Condition which states that the defendant shall not commit any federal, state or local crime.

**Recommendation:**
Based on the violations stated above, this officer respectfully recommends a warrant be issued for the arrest of Antwaun Conley for alleged violations of supervised release.

I have attached a Form 12 for the Court to execute, should Your Honor concur.

The U.S. Sentencing Commission has issued policy statements effective November 1, 1990, for violation of probation and supervised release. The policy statements are contained in a revised Chapter Seven of the updated Guidelines Manual that incorporated amendments effective November 1, 1991, et Seq. Additionally, 18 U.S.C. 3553) requires the Court to state the reasons for its imposition of a particular revocation sentence. Effective September 13, 1994, the Court is required to consider the applicable guidelines or policy statements issued by the Sentencing Commission in the case of a violation of probation or supervised release - 18 U.S.C 3553 (a)(4)(B). We are attaching a Violation Worksheet.

The reimposition of Supervised Release after revocation is now authorized by a new section, 18 U.S.C. 3583(h), if the offender is sentenced to less than the maximum prison term available. The length of such a term of supervised release shall not exceed the TSR authorized by statute for the offense that resulted in the original TSR, less any term of imprisonment that was imposed upon revocation. Revised section 18 U.S.C. 3583(e)(3) provides that the maximum prison sentences allowed upon revocation of supervised release - 5 years if the original offense was a Class A Felony, 3 years for a Class B Felony, 2 years for a Class C or D Felony, or one year in any other case.

CONLEY, Antwaun
Violation Report
Page 3

When a violation of probation or supervised release is based on Possession of a Controlled Substance, Possession of a Firearm, or refusal of required drug testing, revocation is mandated and a term of imprisonment must be imposed. The "not less than one-third" language has been deleted. It should be noted that a refusal of required drug testing violation can only mean mandated revocation for these cases where the original offense occurred on or after September 13, 1994.

Should Your Honor have any questions or concerns, this officer is available at (301) 344-3818.

Mr. Conley's last known address

Mr. Conley was represented at sentencing by Ricardo D. Zwaig, 3454 Ellicott Center Drive, Suite 204, Ellicott City, MD 21043.

The Government was represented at sentencing by David Salem, U.S. Courthouse, Suite 400, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.


Attachment

Oscanon
41283

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA
## PROBATION OFFICE

GERTRUDE A. HAGAR
CHIEF UNITED STATES PROBATION OFFICER

E. BARRETT PRETTYMAN U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W., SUITE 2800
WASHINGTON, D.C. 20001-2866
TELEPHONE (202) 565-1300

August 28, 2007

**08-235-M-01**

William F. Henry, Chief
United States Probation Officer
250 West Pratt Street
Room 400
Baltimore, Maryland 21201

Re:       CONLEY, Antwuan
          Docket Number: AW-03-0121
          **STATUS REPORT**

Dear Chief Henry:

On June 17, 2003, Mr. Antwuan Conley appeared before The Honorable Alexander William Sr., United States District Judge for the District of Maryland, for sentencing having pled guilty to Possession of Firearm by Convicted Felon in violation of 18 U.S.C. § 922(g). He was sentenced to 46 months imprisonment to be followed by three years of supervised release. The Court imposed the following special condition: 1) the defendant shall pay a $100 special assessment. Mr. Conley's term of supervision commenced on June 27, 2006, and is scheduled to expire on June 26, 2009.

ISSUE:   The purpose of this report is to inform you that Mr. Conley has an outstanding warrant for Robbery, issued by The Superior Court of Washington D.C. on July 26, 2007. This office was notified of the warrant on August 21, 2007, via a Federal Bureau of Investigation flash.[1]

On August 23, 2007, this officer called Mr. Conley's phone numbers and left messages for him to report to the probation office to have the warrant executed. This Officer also spoke to Mr. Conley's girlfriend, Nakita Putty. She stated that she informed Mr. Conley of his outstanding warrant and that this Officer instructed him to report to have his warrant executed.

---

[1] This officer visited The Superior Court of Washington D.C. to get details of warrant. This officer was informed by Ms. Callahan, Deputy Clerk, of the Special Proceeding Branch that she could not give any information regarding outstanding arrest warrants. She stated all information regarding the warrant was sealed and would not be open until the warrant is executed.

CONLEY, Antwuan
Docket Number: AW-03-0121
Page 2

**SUPERVISION ADJUSTMENT:** Mr. Conley's adjustment to supervision is unsatisfactory. He has been arrest twice within the last five months for operating a vehicle after his driver's permit was suspended. On April 1, 2007, he was arrested for Operating After Suspension in Washington, D.C. You were notified of this arrest via a letter date April 17, 2007. No action was requested because the charge was No Papered. However, this officer verbally reprimanded Mr. Conley for operating a vehicle without a valid driver's permit. He was instructed to complete steps to have his driver's permit reinstated. He was arrested again on May 22, 2007, for Operating After Suspension in Prince George's County, Maryland. You were notified of this arrest via a letter date June 26, 2007. A hearing on violation was requested. On November 10, 2004, he paid his $100 special assessment in full. He is currently employed at Girlfriends Hair Saloon located at 1511 Good Hope Road, S.E., Washington D.C., as a custodian. He resides with NaKita Putty, his girlfriend, at 5511 Marlboro Pike, Apartment T2, District Heights, Maryland.

**RECOMMENDATION:** This officer will attempt to facilitate Mr. Conley's surrender and arrest by the United States Marshall Service. Once the warrant is executed, we will determine if the warrant is a result of new criminal conduct.

Sincerely,

UNITED STATES PROBATION OFFICE

Stacy Funches
United States Probation Officer
(202) 565-1370

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
PROBATION OFFICE

08-235-M-01

GENNINE A. HAGAR
CHIEF UNITED STATES PROBATION OFFICER

E. BARRETT PRETTYMAN U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W., SUITE 2800
WASHINGTON, D.C. 20001-2866
TELEPHONE (202) 565-1300

June 26, 2007

William F. Henry, Chief
United States Probation Officer
250 West Pratt Street
Room 400
Baltimore, Maryland 21201

Re:     CONLEY, Antwuan
        Docket Number: AW-03-0121
        **REARREST: Hearing On Violation Requested**

Dear Chief Henry:

On June 17, 2003, Mr. Antwuan Conley appeared before The Honorable Alexander William Sr., United States District Judge for the District of Maryland, for sentencing having pled guilty to Possession of Firearm by Convicted Felon in violation of 18 U.S.C. § 922(g). He was sentenced to 46 months imprisonment to be followed by three years of supervised release. The Court imposed the following special condition: 1) the defendant shall pay a $100 special assessment. Mr. Conley's term of supervision commenced on June 27, 2006, and is scheduled to expire on June 26, 2009.

ISSUE: The purpose of this report is to inform you that Mr. Conley is charged with the following violations of supervised release:

1)    **Mr. Conley has engaged in new criminal conduct. (Standard Condition)**

On May 22, 2007, Mr. Conley was given a citation by the Prince George's County Maryland Police for Operating After Suspension, and arrested on an outstanding warrant for Driving an Uninsured Motor Vehicle.[1] This officer visited the United States District Court in Greenbelt, Maryland, and was informed by the clerk, Jill Waryu, that with the exception of a copy of the citation (P0546275) for Operating After Suspension no other paperwork was available. She stated that a date for Mr. Conley to appear in Court had not been scheduled.

---

[1] This officer visited the Prince George's County District Court and confirmed Mr. Conley was arrested on an outstanding warrant for Driving an Uninsured Motor Vehicle. The case is schedule for trial on August, 16, 2007. The conduct occurred before his term of supervised release and, therefore should not constitute a violation of his supervised release. The clerk informed this officer there was no arrest report for the aforementioned arrest.

CONLEY, Antwuan
Docket Number: AW-03-0121
Page 2

2)  Mr. Conley failed to notify the Probation Office of his arrest within 72 hours. (Standard Condition)

Mr Conley was arrested on May 22, 2007, for an outstanding warrant and traffic offense. However, his new arrest was not known until this officer was notified by a FBI Flash on June 12, 2007. Mr Conley conceded the fact he did not inform this officer of his arrest within 72 hours.

**SUPERVISION ADJUSTMENT:** Mr. Conley's adjustment to supervision is unsatisfactory. This is Mr. Conley's second encounter with the police for operating a vehicle after his driver's permit was suspended. On April 1, 2007, he was arrested for Operating After Suspension in Washington, D.C. You were notified of this arrest via a letter date April 17, 2007. No action was requested because the charge was No Papered. However, this officer verbally reprimanded Mr. Conley for operating a vehicle without a valid driver's permit. He was instructed to complete steps to have his driver's permit reinstated. As evidenced by his new criminal conducted on May 22, 2007, he has not secured a valid driver's permit. On November 10, 2004, he paid his $100 special assessment in full. He is currently employed at                                                          as a custodian. He resides with

**RECOMMENDATION:** Based on Mr. Conley's new criminal conducted, we request that a hearing on violation of supervision be scheduled.

Sincerely,

UNITED STATES PROBATION OFFICE

Stacy Funches
United States Probation Officer
(202) 565-1370